IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **EVELYN S. HARRIS,** | 06-CV-1226-PK |
| | ORDER |
| **Plaintiff,** | |
| v. | |
| **THE STANDARD INSURANCE COMPANY and McNEES, WALLACE & NURICK WELFARE BENEFIT PLAN,** | |
| **Defendants.** | |

**STEVEN P. KRAFCHICK**
Krafchick Law Firm
100 West Harrison
South Tower, Suite 300
Seattle, WA 98119
(206) 374-7370

        Attorneys for Plaintiffs

1- ORDER

**KATHERINE S. SOMERVELL**
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204
(503) 499-4454

        Attorneys for Defendants

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#70) on January 28, 2008, in which he recommended the Court deny Plaintiff's Motion for Summary Judgment (#55), grant Defendants' Motion for Summary Judgment (#44), and dismiss this matter with prejudice. Plaintiff filed Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the

2- ORDER

Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#70) and, therefore, **DENIES** Plaintiff's Motion for Summary Judgment (#55), **GRANTS** Defendants' Motion for Summary Judgment (#44), and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 26th day of March, 2008.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3- ORDER